IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 4 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02618-ZLW

JULIAN R. WHALEN,
    Plaintiff,

v.

IHOP – Englewood PRKWY,
MR. ALI MOHAMED,
ARAPAHOE COUNTY DISTRICT ATTORNEYS OFFICE STATE OF COLORADO,
    CAROL CHAMBERS,
ARAPAHOE COUNTY OFFICE OF THE PUBLIC DEFENDER,
JAMES O'CONNER,
ARAPAHOE COUNTY COURT HOUSE,
JUDGE HOMPF,
SHERIFF KELLY,
SHERIFF BOLTTA,
SHEILA CLARK, Pro Se Resource Center,
ARAPAHOE COUNTY DETENTION CENTER,
J. GRAYSON ROBINSON, Sheriff,
ARAMARK FOOD SERVICE, and
MAURICE WOMACK,
    Defendants.

---

## ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Julian R. Whalen has filed *pro se* on February 10, 2006, a document titled "Motion to Order Case #05-cv-02618-BNB In Forma Pauperis Not Moot and Not Dismissed" in which he asks the Court to reconsider the Court's Order and Judgment of Dismissal filed in this action on February 2, 2006. The Court must construe the motion to reconsider liberally because Mr. Whalen is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Whalen filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice for failure to cure the deficiencies because Mr. Whalen failed to submit a proper inmate trust fund account statement in support of his motion to proceed *in forma pauperis* as directed and as required pursuant to 28 U.S.C. § 1915(a)(2). Specifically, the inmate trust fund account statement Mr. Whalen submitted was not certified by a jail official. Mr. Whalen alleges in the motion to reconsider that he attempted to obtain a certified copy of his inmate trust fund account statement but that jail officials will not respond to his requests. He attaches to the motion to reconsider a certified copy of his inmate trust fund account statement.

Mr. Whalen's belated efforts to cure the deficiencies in this action by submitting a certified copy of his inmate trust fund account statement and to explain his failure to timely submit a certified copy of his inmate trust fund account statement do not justify a decision to vacate the order of dismissal in this action. Mr. Whalen never advised the Court within the time allowed to cure the deficiencies that he was prevented from providing a proper inmate trust fund account statement. Therefore, the motion to reconsider will be denied. However, because the Court dismissed the action without

prejudice, Mr. Whalen is advised that he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the "Motion to Order Case #05-cv-02618-BNB In Forma Pauperis Not Moot and Not Dismissed" filed on February 10, 2006, is denied.

DATED at Denver, Colorado, this 24 day of February, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02618-BNB

Julian R. Whalen
Prisoner No. 66834
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  2-24-06

                                   GREGORY C. LANGHAM, CLERK

                                   By: _____
                                              Deputy Clerk